UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. ANN LODGING, LLC ET AL | CIVIL ACTION |
| VERSUS | NO: 10-1571 |
| BP, PLC ET AL | SECTION: J(3) |

### ORDER

Considering BP America, Inc. and BP Products North America, Inc.'s **Motion to Stay Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation (Rec. Doc. 6), IT IS ORDERED** that the motion is **DENIED**.

New Orleans, Louisiana, this 22nd day of June, 2010.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE